

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of N.L.D., a Child

No. 06-13-00046-CV

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 75,763). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating. Dissenting Opinion by Chief Justice Morriss.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. We affirm the trial court's appointment of Jimmy and Angela Black as managing conservators. Having found the evidence legally insufficient to support termination, we reverse the trial court's order terminating Tamara Haines' parental rights and remand the case for determination of possible managing conservatorship, possessory conservatorship, visitation, child support, and any other necessary orders.

We further order that the appellant and appellees shall each pay one half of all costs of appeal.

RENDERED OCTOBER 23, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk